# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN D. STALNAKER, | Case No.: 2:20-cv-01580-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| JAMES JOHN JORISSEN and KATHLEEN T. BONNELL, | |
| Defendants | |

The defendants removed this action to this court from the state court in Nebraska. *See* ECF No. 1-1 at 5. Under 28 U.S.C. § 1441(a), a state court action may be removed "to the district court of the United States for the district and division embracing the place where such action is pending." Thus, the case should have been removed, if at all, to the federal court in Nebraska. Removal to this court was improper.

I THEREFORE ORDER that this case is DISMISSED. The clerk of court is instructed to close this case.

DATED this 26th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE